# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SCOTT A. ROACH  
23 GILBERT TERRACE  
MACHESNEY PARK, IL  61115  

SSN-xxx-xx-6085

Case Number: 08-70318

Case filed on: 2/6/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $175.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY DAVID H CARTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ANDREW GOLDBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SCOTT A. ROACH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BARCLAYS CAPITAL REAL ESTATE INC dba | 70,086.92 | 0.00 | 0.00 | 0.00 |
| 002 | BARCLAYS CAPITAL REAL ESTATE INC dba | 13,827.37 | 10,500.00 | 0.00 | 0.00 |
| 003 | NATIONWIDE ACCEPTANCE | 1,371.44 | 1,371.44 | 99.94 | 60.54 |
|  | Total Secured | 85,285.73 | 11,871.44 | 99.94 | 60.54 |
| 004 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASPIRE VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 389.42 | 389.42 | 0.00 | 0.00 |
| 007 | FIRST NATIONAL COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | LEGACY VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | LYDIA MEYERS TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MIDLAND CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 444.29 | 444.29 | 0.00 | 0.00 |
| 013 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 2,101.05 | 2,101.05 | 0.00 | 0.00 |
| 016 | ASSET ACCEPTANCE CORP | 227.45 | 227.45 | 0.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 4,913.64 | 4,913.64 | 0.00 | 0.00 |
| 019 | MUTUAL MANAGEMENT SERVICES | 2,702.47 | 2,702.47 | 0.00 | 0.00 |
| 020 | JEFFERSON CAPITAL SYSTEMS, LLC | 647.19 | 647.19 | 0.00 | 0.00 |
| 021 | CHECK IT | 986.29 | 986.29 | 0.00 | 0.00 |
|  | Total Unsecured | 12,411.80 | 12,411.80 | 0.00 | 0.00 |
|  | Grand Total: | 97,697.53 | 24,283.24 | 99.94 | 60.54 |

Total Paid Claimant:      $160.48  
Trustee Allowance:         $14.52  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/29/2008          By  /s/Heather M. Fagan